IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION



RECEIVED
DEC 20 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MICHIGAN MILLERS MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>Defendant. | CASE NO.: 3:11-cv-00006-CFB<br><br>VERDICT FORM |

We, the jury, find the following verdict on the question submitted to us:

*Question No. 1:* Did Defendant United Fire prove facts which show that Plaintiff Michigan Millers was not prejudiced by delayed notice of the fire?

    __X__ YES

    _____ NO

[If you answered "NO," stop. Do not answer Question No. 2. If you answered "YES," continue and answer Question No. 2].

*Question No. 2:* Did Plaintiff Michigan Millers prove that it was actually prejudiced by delayed notice of the fire?

    _____ YES

    __X__ NO

I certify that this is the unanimous verdict of all jurors.

12-20-13
DATE

/PRESIDING JUROR/